IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CARMEN MIRANDA** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **LIBERTY CHOICE PLUS, INC.,** *et al.* | : | **NO. 20-3789** |

**O R D E R**

**AND NOW, TO WIT:** This 31st day of August, 2021, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel, and without costs.

        **KATE BARKMAN**, Clerk of Court

BY: _/s/ Jean M. Pennie_____
        Jean M. Pennie
        Deputy Clerk

Civ 2 (8/2000)
41(b).frm